United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT MAHAFFEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:22-cv-228 |
| | § | |
| | § | |
| JOEL DIAZ DE LEON, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On October 19, 2022, the parties filed an Agreed Stipulation of Dismissal with Prejudice (Dkt. 12) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The court finds good cause to grant that motion. Accordingly, it is hereby **ORDERED** that all claims asserted against either party are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island this 25th day of October, 2022

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE